IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 13 |
| | § | |
| JASON M. HEWITT and | § | Case No. 09-40112-dml13 |
| SUZANNE L. HEWITT | § | |
| | § | |
| Debtors, | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR COPIES OF ALL ORDERS, NOTICES, PROPOSED ORDERS AND PLEADINGS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Incredible Technologies, Inc. and requests that copies of all motions, pleadings, orders, proposed orders, proposed disclosure statements and plans be sent to:

> Walter J. Cicack
> Christina M. Putman
> Seyfarth Shaw LLP
> 700 Louisiana, Suite 3700
> Houston, Texas 77002
> Email: wcicack@seyfarth.com
> Email: cputman@seyfarth.com
> Telephone: (713) 225-2300
> Facsimile: (713) 225-2340

Incredible Technologies, Inc. further requests that the Clerk of the above-named Court mail to Walter J. Cicack and Christina M. Putman copies of all notices to parties-in-interest hereinafter given in the case in accordance with Bankruptcy Rule 2002, or otherwise, and specifically, but without limitation, request is hereby made that all notices required by clauses (1), (2), (3), (5), (6), (7), and (8) of Subdivision (a), 2002(b), 3020, 6004 and 9013, be mailed to Walter J. Cicack and Christina M. Putman.

HO1 13120218.1

-2-

                        Respectfully submitted,

                    By    /s/ Walter J. Cicack
                        Walter J. Cicack
                        State Bar No. 04250535
                        Christina M. Putman
                        State Bar No. 24013361
                        Seyfarth Shaw LLP
                        700 Louisiana Street, Suite 3700
                        Houston, Texas 77002
                        Phone: (713) 225-2300
                        Fax: (713) 225-2340

ATTORNEYS FOR
INCREDIBLE TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to the following parties via ECF, electronic notice, facsimile or first-class on this 1st day of May, 2009.

| | |
|---|---|
| David L. Pritchard<br>1244 Southridge Court, Suite 102<br>Hurst, Texas 76053 | U.S. Trustee<br>Office of the U.S. Trustee<br>1100 Commerce Street, Room 976<br>Dallas, Texas 75242-1496 |
| | Tim Truman<br>6851 N.E. Loop 820, Ste. 300<br>Fort Worth, Texas 76180-6608 |

                        /s/ Walter J. Cicack
                        Walter J. Cicack